MHN

**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | BENNY L. WILLIS | **Defendant(s):** | WILL COUNTY SHERIFF DEPARTMENT, et al. |
| **County of Residence:** | WILL | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Benny L. Willis
#2007-0007811
Will County - WCF
95 South Chicago Street
Joliet, IL  60436

FILED
MAY - 6 2008
5-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV2600
JUDGE LEFKOW
MAG. JUDGE MASON

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** A. E. Woodham    **Date:** 05/06/2008