08CV2600
JUDGE LEFKOW
MAG. JUDGE MASON

FILED
MAY 6 2008
5-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

April 29, 08

To whom it may concern;

My name is "Benny Willis." I'm writing you first because I need to extend to you my sincerest appreciation for sending me the "legal documents" that I asked for. I have filled them out to the best of my knowledge and now I'm returning them as instructed. I filled out all three packages and if I need to fill out more please send them to me and the amount for them which I will gladly forward to you as soon as possible.

Thank You
Benny Willis