RLN/LMD/dms               2040-8008

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

FILED
JUL 2 2 2008   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| BENNY L. WILLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 08 CV 2600 |
| WILL COUNTY SHERIFF ) | |
| DEPARTMENT, SHERIFF PAUL J. ) | |
| KAUPAS, CORRECT CARE ) | |
| SOLUTIONS, DR. KULBIR SOOD, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:   Benny L. Willis
Will County Adult Detention Center
95 South Chicago Street
Joliet, IL 60436

PLEASE TAKE NOTICE that on July 22, 2008 defendant, Kul Sood, M.D., filed his Appearance with the Clerk of the U.S. District Court for the Northern District of Illinois, a copy of which is attached hereto and served upon you.

Respectfully submitted,

McKay, Nora & Tanzillo, LLP

By: _____
One of the Attorneys for said defendant

Robert L. Nora
Lynne M. Damsma
Blake A. Shuart
McKay, Nora & Tanzillo, LLP
10 South LaSalle Street
Suite 2700
Chicago, IL 60603
(312) 650-7900

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn, deposes and states that she served a copy of the foregoing Notice of Filing and Appearance on all attorneys of record herein this 22nd day of July, 2008, by mailing a copy of said documents from the U.S. Mail Box at 10 South LaSalle Street, Chicago, Illinois, a true and correct copy of same at or before the hour of 5:00 p.m.

*[signature]*

[x] Under penalties as provided by law pursuant to
ILL.REV.STAT.CHAP. 110 Sec. 1-109, I certify that
the statements set forth herein are true and correct.

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of       Case Number: 08 CV 2600

BENNY L. WILLIS
vs.
WILL COUNTY SHERIFF DEPARTMENT, SHERIFF PAUL J. KAUPAS, CORRECT CARE SOLUTIONS, DR. KULBIR SOOD.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kul Sood, M.D.

FILED
JUL 22 2008
Jul 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Blake A. Shuart | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> McKay, Nora & Tanzillo, LLP | |
| STREET ADDRESS <br> 10 South LaSalle Street, Suite 2700 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06293796 | TELEPHONE NUMBER <br> 312/650-7858 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |