F I L E D
Aug 13. 2008
AUG 1 3 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08cv2600

Aug. 1908

Case No. 08c2600

To the honorable Judge Leshow or Mag. Judge Mason. I "Benny Willis" recently received a copy of "Motion to Dismiss" my complaint against "Dr. Dood". I've been unable to respond to said motion because I was in segregation for minute issues.

Though, I cannot at this time legally combat said motion, I would like to point out obvious facts. First, I was not placed on suicide watch as a result of my injuries. Everything that happened occurred while I was on suicide watch for something totally different. Second, I filed my suit as instructed to by this honorable court. Third, my complaint isn't based on speculation, every stipulation stated within my complaint can be substantiated by documents as well as a visit to a court chosen doctor. Being that I don't have access to review certain cases, a court appointed attorney would be highly appreciated. I don't want to ruin any opportunity I might have of succeeding with my claim. Please assist me to whatever extent you can. Thank You

Benny Willis