RLN/LMD/sls                                             2040-8008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BENNY L. WILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 08 CV 2600 |
| WILL COUNTY SHERIFF DEPARTMENT, SHERIFF PAUL J. KAUPAS, CORRECT CARE SOLUTIONS, DR. KULBIR SOOD, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:   Benny L. Willis
      Will County Adult Detention Center
      95 South Chicago Street
      Joliet, IL 60436

PLEASE TAKE NOTICE that on **September 2, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Lefkow, or any judge sitting in her stead, in Room 1925 of the U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, where defendant, Kul Sood, M.D., shall file his Rule 12(b)(6) Motion to Dismiss, a copy of which is attached hereto and hereby served upon you.

Dated:  August 26, 2008

                                        Respectfully submitted,

                                        McKay, Nora & Tanzillo, LLP


                                        /s/Blake A. Shuart
                                        McKay, Nora & Tanzillo, LLP
                                        10 South LaSalle Street, Suite 2700
                                        Chicago, IL 60603
                                        (312) 650-7900