RLN/BAS                                   2040-8008

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BENNY L. WILLIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| WILL COUNTY SHERIFF DEPARTMENT, SHERIFF PAUL J. KAUPAS, CORRECT CARE SOLUTIONS, DR. KULBIR SOOD, | ) No. 08 CV 2600 ) ) ) ) ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2008, I electronically filed Defendant's Motion to Dismiss with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system.

A copy of the Motion was served via the CM/ECF system, and/or other electronic means, upon:

Benny L. Willis
Will County Adult Detention Center
95 South Chicago Street
Joliet, IL 60436

/s/ Sheryl L. Skowron
[x] Under penalties as provided by law pursuant to
ILL.REV.STAT.CHAP. 110 Sec. 1-109, I certify that
the statements set forth herein are true and correct.