# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | JOAN H. LEFKOW | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2600 | DATE | AUG 27 2008 |
| CASE TITLE | Benny L. Willis (#2007-0007811/N-73578) vs. Will County Sheriff's Dept., et al. | | |

**DOCKET ENTRY TEXT:**

Reference is made to the plaintiff's letter dated August 10, 2008 [#14]. There is currently no motion to dismiss on file. If and when the defendants file a motion to dismiss, the court will enter a briefing schedule. The plaintiff is reminded of basic filing requirements: (1) letters to the judge are not permitted. Any requests for court action must be made by motion and filed with the Clerk of Court; (2) the plaintiff must provide the court with the original plus a judge's copy of every document filed; and (3) every document filed must include a certificate of service showing that a copy was mailed to opposing counsel. In the future, the court may strike without considering any document filed that fails to comport with these basic filing rules. The clerk is directed to mail the plaintiff another copy of the court's filing instructions, along with a copy of the current docket report for this case.

*[signature: Joan H. Lefkow]*

Docketing to mail notices.

FILED 2008 AUG 28 AM 8:11 U.S. DISTRICT COURT

mjm